**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                                                 **4:10CR00031-01-WRW**

**CHARLES BRUCE WHITE**

### ORDER

Pending are Defendant's Motion to Suppress Evidence (Doc. No. 17) and Amended Motion to Suppress (Doc. No. 21). Based on the findings of fact and conclusions of law at yesterday's hearing, the motions are DENIED.

IT IS SO ORDERED this 20th day of August, 2010.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE